[No. 11560–0–I.   Division One.   July 19, 1984.]

SECURITY SAVESCO, INC., *Appellant*, v. JOSEPH
CORT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 80–2–18007–0, James D. McCutcheon, Jr., J.,
entered March 11, 1982. *Reversed* and *remanded* by
unpublished opinion per Scholfield, J., concurred in by
Corbett, A.C.J., and Williams, J.

[No. 13459–1–I.   Division One.   July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 83–8–00518–5, Robert W. Winsor, J., entered
May 4, 1983. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Swanson and Ringold, JJ.

[No. 11723–8–I.   Division One.   July 19, 1984.]

ROGER H. FORBES, ET AL, *Appellants*, v. NORTHEAST
DISTRICT JUSTICE COURT FOR KING COUNTY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 82–2–03074–1, Jerome J. Doherty, J. Pro Tem.,
entered April 19, 1982. *Remanded* by unpublished opinion
per Scholfield, J., concurred in by Durham, C.J., and Ring-
old, J.